# KASOWITZ BENSON TORRES LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/20

BCHOI@KASOWITZ.COM

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

April 22, 2020

**_By ECF_**

Hon. Alison J. Nathan
U.S. District Court
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby ADJOURNED to June 26, 2020 at 3:45 P.M.

Re:  Pappas v. XP Investments US, LLC, et ano., No. 19cv11137

Dear Judge Nathan:

We represent Defendant XP Investments US, LLC ("XP US") in the above-captioned matter. Together with Plaintiff's counsel, we write to request an adjournment of the initial conference scheduled for May 1, 2020. This is the first request for adjournment by either party.

Plaintiff is currently in the process of effecting service on XP Controle Participacoes S.A. ("XP Brazil"), an entity located in Brazil. The parties do not anticipate that XP Brazil will be served or will appear in this action before May 1, and believe that an adjournment of the May 1 conference would provide additional time for Plaintiff to effect service and for all parties to confer on a uniform case management plan in accordance with the directives set forth in this Court's notice of pretrial conference.

Pursuant to Your Honor's individual rules of practice, the parties are available to re-schedule the conference to June 12, 19, or 26 at a time that is most convenient for the Court. We thank the Court for its consideration.

Respectfully,

/s/ Brian S. Choi

Brian S. Choi

*[signature]* 4/24/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.