USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
GREGORY PAPPAS,                                                    :
                                                                   :
                              Plaintiff,                           :     1:19-cv-11137-GHW
                                                                   :
                -v -                                               :     ORDER
                                                                   :
XP CONTROLE PARTICIPACOES S.A., et al.,                            :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The briefing scheduled for Defendants' potential motion to dismiss established in Judge Nathan's April 8, 2022 order, Dkt. No. 28, is voided. Pursuant to the Court's Individual Rule 2(C), pre-motion submissions are required for motions to dismiss. If Defendants wish to file a motion to dismiss, they are directed to request leave to do so in compliance with the Court's Individual Rule 2(C). The deadline for Defendants to answer or otherwise respond to the amended complaint remains May 6, 2022.

SO ORDERED.

Dated: April 11, 2022
       New York, New York
                                                      _____
                                                              GREGORY H. WOODS
                                                          United States District Judge