UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                              :
GREGORY PAPPAS,                                               :
                                                              :
                                    Plaintiff,     :              1:19-cv-11137-GHW
                                                              :
                     -v -                          :              ORDER
                                                              :
XP CONTROLE PARTICIPACOES S.A., et al.,            :
                                                              :
                                    Defendants.    :
                                                              :
---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2022

GREGORY H. WOODS, United States District Judge:

   For the reasons stated on the record at the conference held on April 25, 2022, Defendants'
request for leave to file a motion to dismiss is granted.  The deadline for Defendant to file and serve
its motion to dismiss is May 27, 2022.  Plaintiff's opposition is due within twenty-one days after
service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of
Plaintiff's opposition.  In addition, for the reasons stated on the record, discovery is stayed pending
resolution of Defendants' anticipated motion to dismiss.

   SO ORDERED.

Dated:  April 25, 2022
        New York, New York

                                         _____
                                              GREGORY B. WOODS
                                              United States District Judge