```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY PAPPAS,

               Plaintiff,

-against-

XP INVESTMENTS US, LLC and XP CONTROLE PARTICIPACÕES S.A.,

               Defendants.

Case No. 1:19-cv-11137-GHW

**[PROPOSED] STIPULATION AND ORDER**

      This Stipulation and Order (the "Stipulation") is entered into by and between counsel for plaintiff Gregory Pappas ("Plaintiff") and defendants XP Investments US, LLC ("XP US") and XP Controle Participacões S.A. ("XP Brazil" and, together with XP US and Plaintiff, the "Parties").

      **WHEREAS,** on December 4, 2019, Plaintiff commenced this action against XP US and XP Brazil alleging two causes of action: (1) breach of contract against XP Brazil and (2) violation of the New York City Human Rights Law ("NYCHRL") against XP US and XP Brazil (ECF No. 1);

      **WHEREAS,** on January 24, 2020, Plaintiff filed his First Amended Complaint to correct and change the caption to reflect XP US's changed entity name and to add an additional cause of action against XP Brazil for aiding and abetting a violation of the NYCHRL (ECF No. 9);

      **WHEREAS,** on April 13, 2022, counsel for XP US and XP Brazil submitted a letter requesting a pre-motion conference for XP US and XP Brazil's proposed motion to dismiss the First Amended Complaint on the basis that (1) Plaintiff's breach of contract claim against XP Brazil (First Cause of Action) is subject to a forum selection clause that requires it to be arbitrated or litigated in Brazil; and (2) the Non-Competition, Non-Solicitation and Confidentiality

Agreement dated May 1, 2016 (the "Employment Agreement"), between Plaintiff and XP US contains a forum selection clause that requires Plaintiff to bring his claims under the New York City Human Rights Law ("NYCHRL") exclusively in the United States District Court for the Southern District of Florida or the Miami-Dade County Circuit Court in Florida (ECF No. 31);

**WHEREAS,** on April 25, 2022, the Court held an initial pretrial conference and pre-motion conference to discuss XP US and XP Brazil's proposed motion to dismiss, after which the Court entered an order setting a briefing schedule for the motion (ECF No. 36); and

**WHEREAS,** following good faith negotiations between the Parties' respective counsel, the Parties desire to enter into this Stipulation to resolve all issues with respect to XP US and XP's Brazil proposed motion to dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT UPON THE JOINT APPLICATION OF THE PARTIES:**

1. The First Cause of Action (breach of contract) in Plaintiff's First Amended Complaint is voluntarily dismissed swithout prejudice and without costs or fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Based on the forum selection clause set forth in Paragraph 11 of Plaintiff's Employment Agreement, the Second Cause of Action (violation of NYCHRL) against XP US shall be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Florida;

3. With respect to the Second Cause of Action (violation of the NYCHRL) and Third Cause of Action (aiding and abetting a violation of the NYCHRL) against XP Brazil, XP Brazil shall file a motion to dismiss in accordance with the briefing schedule entered on May 20, 2022 (ECF No. 40);

4. XP US shall retain, and does not waive, all defenses, except with respect to venue/forum, following the transfer of this action to the Southern District of Florida;

5. Facsimile, scanned, and/or electronic signatures will be treated as originals, and this document may be submitted to the Court with facsimile, scanned, and/or electronic signatures; and

6. This Stipulation is subject to the approval and Order of the Court and shall be of no force in the absence of such Order.

Dated: May 31, 2022
New York, New York

| | |
|---|---|
| By: /s/ Gary Trachten<br>Gary Trachten<br>David N. Saponara<br>KUDMAN TRACHTEN ALOE POSNER LLP<br>800 Third Avenue, 11th Floor<br>New York, New York 10022<br>Tel: (212) 868-1010<br><br>*Attorneys for Plaintiff* | By: /s/ Brian S. Choi<br>Daniel J. Fetterman<br>Brian S. Choi<br>Henry K. Parr<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br><br>*Attorneys for Defendants* |

The Court hereby orders paragraphs 1 and 3–6 of this stipulation. However, as agreed on the record by the parties at the conference held on June 2, 2022, the Court declines to "so order" paragraph 2 of this stipulation. Instead, Plaintiff's Second Cause of Action (violation of the NYCHRL) against XP US is hereby severed from this case and transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Florida (the "SDFL"). The Clerk of Court is directed to transfer that severed claim to the SDFL without delay.

SO ORDERED.

Dated: June 23, 2022
New York, New York

GREGORY H. WOODS
United States District Judge