# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:19–cv–11137–GHW

| | |
|---|---|
| Pappas v. XP Securities LLC et al | Date Filed: 12/04/2019 |
| Assigned to: Judge Gregory H. Woods | Jury Demand: Plaintiff |
| Demand: $2,500,000 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:1332 Diversity Action | Jurisdiction: Diversity |

**Plaintiff**

**Gregory Pappas**     represented by     **David Nicholas Saponara**
Kudman Trachten Aloe Posner LLP
800 Third Avenue
Ste 11th Floor
New York, NY 10022
212–868–1010
Fax: 212–868–0013
Email: dsaponara@kudmanlaw.com
*ATTORNEY TO BE NOTICED*

**Gary Trachten**
Kudman Trachten Aloe Posner LLP
800 Third Avenue
Ste 11th Floor
10022
New York, NY 10022
212–868–1010
Fax: 212–868–0013
Email: gtrachten@kudmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**XP Securities LLC**     represented by     **Brian Seonjoon Choi**
*TERMINATED: 01/27/2020*
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
(212)–506–3308
Fax: (212)–656–1769
Email: bchoi@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Daniel J. Fetterman**
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
(212)–506–1934
Fax: (212)–506–1800
Email: dfetterman@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**XP Controle Participacoes S.A.**     represented by    **Brian Seonjoon Choi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Henry Parr**
Kasowitz Benson Torres LLP
Accounting
1633 Broadway
New York, NY 10019
212−506−1700
Email: hparr@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**XP Investments US, LLC**     represented by    **Brian Seonjoon Choi**
*formerly known as*     (See above for address)
XP Securities LLC     *ATTORNEY TO BE NOTICED*

**Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2019 | Ï 1 | COMPLAINT against XP Controle Participacoes S.A., XP Securities LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC−18210490)Document filed by Gregory Pappas.(Trachten, Gary) (Entered: 12/04/2019) |
| 12/04/2019 | Ï 2 | CIVIL COVER SHEET filed. (Trachten, Gary) (Entered: 12/04/2019) |
| 12/04/2019 | Ï 3 | NOTICE OF APPEARANCE by David Nicholas Saponara on behalf of Gregory Pappas. (Saponara, David) (Entered: 12/04/2019) |
| 12/05/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Alison J. Nathan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions. (pc) (Entered: 12/05/2019) |
| 12/05/2019 | Ï | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 12/05/2019) |
| 12/05/2019 | Ï | Case Designated ECF. (pc) (Entered: 12/05/2019) |
| 12/20/2019 | Ï 4 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Parties ordered to submit via ECF proposed case management plan and joint letter seven days before conference. (As further set forth in this Order.) Initial Conference set for 5/1/2020 at 03:00 PM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan. (Signed by Judge Alison J. Nathan on 12/20/2019) (kv) (Entered: 12/20/2019) |

| | | |
|---|---|---|
| 01/22/2020 | Ï 5 | NOTICE OF APPEARANCE by Brian Seonjoon Choi on behalf of XP Securities LLC. (Choi, Brian) (Entered: 01/22/2020) |
| 01/22/2020 | Ï 6 | NOTICE OF APPEARANCE by Daniel J. Fetterman on behalf of XP Securities LLC. (Fetterman, Daniel) (Entered: 01/22/2020) |
| 01/23/2020 | Ï 7 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR –**FIRST AMENDED COMPLAINT amending 1 Complaint against XP Controle Participacoes S.A., XP Securities LLC with JURY DEMAND.Document filed by Gregory Pappas. Related document: 1 Complaint.(Trachten, Gary) Modified on 1/24/2020 (pne). (Entered: 01/23/2020) |
| 01/23/2020 | Ï 8 | REQUEST FOR ISSUANCE OF SUMMONS as to XP Controle Participacoes S.A., re: 7 Amended Complaint. Document filed by Gregory Pappas. (Trachten, Gary) (Entered: 01/23/2020) |
| 01/24/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Gary Trachten to RE–FILE re: Document No. 7 Amended Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; XP Investments US, LLC must be added to the case; the wrong party/parties whom the pleading is against were selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. **DO NOT USE GOOGLE CHROME OR SAFARI BROWSERS** Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pne)** (Entered: 01/24/2020) |
| 01/24/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Gary Trachten to RE–FILE Document No. 8 Request for Issuance of Summons. The filing is deficient for the following reason(s): the summons request was not processed due to the deficient pleading; re–file the summons request after you have correctly re–filed the Amended Complaint. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the summons form PDF. (pne)** (Entered: 01/24/2020) |
| 01/24/2020 | Ï 9 | FIRST AMENDED COMPLAINT amending 1 Complaint against XP Controle Participacoes S.A., XP Investments US, LLC with JURY DEMAND.Document filed by Gregory Pappas. Related document: 1 Complaint.(Trachten, Gary) (Entered: 01/24/2020) |
| 01/24/2020 | Ï 10 | REQUEST FOR ISSUANCE OF SUMMONS as to XP Controle Participacoes S.A., re: 9 Amended Complaint. Document filed by Gregory Pappas. (Trachten, Gary) (Entered: 01/24/2020) |
| 01/27/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Gary Trachten. The party information for the following party/parties has been modified: XP Investments US, LLC. The information for the party/parties has been modified for the following reason/reasons: alias party name was omitted;. (jgo)** (Entered: 01/27/2020) |
| 01/27/2020 | Ï 11 | ELECTRONIC SUMMONS ISSUED as to XP Controle Participacoes S.A.. (jgo) (Entered: 01/27/2020) |
| 01/29/2020 | Ï 12 | LETTER MOTION for Extension of Time to File Answer *to First Amended Complaint* addressed to Judge Alison J. Nathan from Brian S. Choi dated 1/29/2020. Document filed by XP Investments US, LLC. (Attachments: # 1 Exhibit A– Proposed Stipulation)(Choi, Brian) (Entered: 01/29/2020) |
| 01/30/2020 | Ï 13 | STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT: IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and XP US that: 1. XP US's time to answer or otherwise respond to the Amended Complaint shall be extended from February 7, 2020 to 30 days after the date on which Plaintiff formally and properly serves XP Brazil with a copy of the Amended Complaint and Summons. (As further set forth in this |

| | | |
|---|---|---|
| | | Order.) XP Controle Participacoes S.A. answer due 2/7/2020; XP Investments US, LLC answer due 2/7/2020., Motions terminated: 12 LETTER MOTION for Extension of Time to File Answer *to First Amended Complaint* addressed to Judge Alison J. Nathan from Brian S. Choi dated 1/29/2020. filed by XP Investments US, LLC. (Signed by Judge Alison J. Nathan on 1/30/2020) (cf) (Entered: 01/30/2020) |
| 04/22/2020 | 14 | LETTER MOTION to Adjourn Conference addressed to Judge Alison J. Nathan from Brian S. Choi dated April 22, 2020. Document filed by XP Investments US, LLC..(Choi, Brian) (Entered: 04/22/2020) |
| 04/24/2020 | 15 | ORDER: granting 14 Letter Motion to Adjourn Conference. The Initial Pretrial Conference in this matter is hereby ADJOURNED to June 26, 2020 at 3:45 P.M. SO ORDERED. Initial Conference set for 6/26/2020 at 03:45 PM before Judge Alison J. Nathan. (Signed by Judge Alison J. Nathan on 4/24/2020) (ama) (Entered: 04/27/2020) |
| 06/19/2020 | 16 | ORDER. In light of the COVID−19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID−19, available at https://www.nysd.uscourts.gov/hon−alison−j−nathan. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/19/2020) (rjm) (Entered: 06/19/2020) |
| 06/19/2020 | 17 | JOINT LETTER MOTION to Adjourn Conference *Scheduled For June 26, 2020* addressed to Judge Alison J. Nathan from Brian S. Choi dated June 19, 2020. Document filed by XP Investments US, LLC. (Attachments: # 1 Exhibit 1−Proposed Amended Stipulation).(Choi, Brian) (Entered: 06/19/2020) |
| 06/24/2020 | 18 | AMENDED STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT:IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel forPlaintiff and XP US that:. Defendants shall have 30 days from the date on which Plaintiff electronically files an Affidavit of Service reflecting service of process on XP Brazil to answer or otherwise respond to the Amended Complaint. If Defendants elect to file a Motion to Dismiss, Plaintiff shall file his Opposition thirty (30) days thereafter. XP US shall file its Reply within fourteen (14) days of the Opposition. SO ORDERED. Motions terminated: 17 JOINT LETTER MOTION to Adjourn Conference *Scheduled For June 26, 2020* addressed to Judge Alison J. Nathan from Brian S. Choi dated June 19, 2020. filed by XP Investments US, LLC. (Signed by Judge Alison J. Nathan on 6/24/2020) (rro) (Entered: 06/25/2020) |
| 06/24/2020 | 19 | MEMO ENDORSEMENT on re: 17 JOINT LETTER MOTION to Adjourn Conference Scheduled For June 26, 2020 addressed to Judge Alison J. Nathan from Brian S. Choi dated June 19, 2020. Document filed by XP Investments US, LLC. ENDORSEMENT: The Initial Pretrial Conference in this matter is hereby adjourned to August 7, 2020 at 3:45 P.M. So ordered. (Initial Conference set for 8/7/2020 at 03:45 PM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 6/24/2020) (rjm) (Entered: 06/25/2020) |
| 07/21/2020 | 20 | ORDER: In light of the COVID−19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a casemanagement |

| | | |
|---|---|---|
| | | plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. Ineither case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–alison–j–nathan. SO ORDERED., ( Telephone Conference set for 8/7/2020 at 03:45 PM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 7/20/2020) (ama) (Entered: 07/21/2020) |
| 07/30/2020 | 21 | JOINT LETTER MOTION to Adjourn Conference *Scheduled For August 7, 2020* addressed to Judge Alison J. Nathan from Brian S. Choi dated July 30, 2020. Document filed by XP Investments US, LLC..(Choi, Brian) (Entered: 07/30/2020) |
| 08/04/2020 | 22 | ORDER: granting 21 Letter Motion to Adjourn Conference. The Initial Pretrial Conference in this matter is hereby adjourned sine die. The parties are directed to submit a joint status letter no later than October 1, 2020. SO ORDERED. (Signed by Judge Alison J. Nathan on 8/04/2020) (ama) (Entered: 08/05/2020) |
| 09/30/2020 | 23 | JOINT LETTER addressed to Judge Alison J. Nathan from David N. Saponara dated September 30, 2020 re: Status Update. Document filed by Gregory Pappas..(Saponara, David) (Entered: 09/30/2020) |
| 11/10/2020 | 24 | NOTICE OF CHANGE OF ADDRESS by Gary Trachten on behalf of Gregory Pappas. New Address: Kudman Trachten Aloe Posner LLP, 800 Third Avenue, 11th Floor, New York, New York, United States 10022, 2128681010..(Trachten, Gary) (Entered: 11/10/2020) |
| 03/14/2022 | 25 | MOTION to Serve *Defendant XP Controle Participaces S.A. by Alternative Means Under FRCP 4(f)(3)*. Document filed by Gregory Pappas. (Attachments: # 1 Exhibit A – Emails with XP Counsel, # 2 Exhibit B – Request for Service to Brazil Central Authority (3–5–2020), # 3 Exhibit C – Emails with Brazil Central Authority, # 4 Exhibit D – XP EEOC Position Statement).(Saponara, David) (Entered: 03/14/2022) |
| 03/22/2022 | 26 | MEMO ENDORSEMENT granting 25 MOTION to Serve Defendant XP Controle Participaces S.A. by Alternative Means Under FRCP 4(f)(3). ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 3/21/2022) (jca) (Entered: 03/22/2022) |
| 04/07/2022 | 27 | PROPOSED STIPULATION AND ORDER. Document filed by XP Investments US, LLC..(Fetterman, Daniel) (Entered: 04/07/2022) |
| 04/08/2022 | 28 | STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT: IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff, XP US, and XP Brazil that: 1. XP US and XP Brazil shall answer or otherwise respond to the Amended Complaint by May 6, 2022; 2. If XP US and XP Brazil move to dismiss, Plaintiff shall file his opposition to the motion to dismiss by June 6, 2022; and 3. XP US and XP Brazil shall file their reply brief by June 20, 2022. SO ORDERED. XP Controle Participacoes S.A. answer due 5/6/2022; XP Investments US, LLC answer due 5/6/2022.( Motions due by 5/6/2022., Responses due by 6/6/2022, Replies due by 6/20/2022.) (Signed by United States Circuit Judge Sitting by Designation Alison J. Nathan on 4/8/2022) (vfr) (Entered: 04/08/2022) |
| 04/11/2022 |  | NOTICE OF CASE REASSIGNMENT to Judge Gregory H. Woods. Judge Alison J. Nathan is no longer assigned to the case..(gp) (Entered: 04/11/2022) |
| 04/11/2022 | 29 | ORDER: The briefing scheduled for Defendants' potential motion to dismiss established in Judge Nathan's April 8, 2022 order, Dkt. No. 28, is voided. Pursuant to the Court's Individual Rule 2(C), pre–motion submissions are required for motions to dismiss. If Defendants wish to file a motion to dismiss, they are directed to request leave to do so in compliance with the Court's Individual Rule 2(C). The deadline for Defendants to answer or otherwise respond to the amended complaint |

| | | |
|---|---|---|
| | | remains May 6, 2022. SO ORDERED. (Signed by Judge Gregory H. Woods on 4/11/2022) (rro) (Entered: 04/11/2022) |
| 04/11/2022 | 30 | NOTICE OF INITIAL PRETRIAL CONFERENCE: The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID−19, which are available on the Court's website, for the dial−in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. Initial Conference set for 4/25/2022 at 02:00 PM before Judge Gregory H. Woods. (Signed by Judge Gregory H. Woods on 4/11/2022) (rro) (Entered: 04/11/2022) |
| 04/13/2022 | 31 | LETTER MOTION for Conference / *Pre−Motion Conference* addressed to Judge Gregory H. Woods from Brian S. Choi dated April 13, 2022. Document filed by XP Controle Participacoes S.A., XP Investments US, LLC..(Choi, Brian) (Entered: 04/13/2022) |
| 04/13/2022 | 32 | ORDER granting 31 Letter Motion for Conference re: 31 LETTER MOTION for Conference / *Pre−Motion Conference* addressed to Judge Gregory H. Woods from Brian S. Choi dated April 13, 2022. Application granted. The Court will hold a pre−motion conference to discuss Defendant's proposed motion to dismiss during the initial pretrial conference scheduled to take place on April 25, 2022 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31. SO ORDERED. Pre−Motion Conference set for 4/25/2022 at 02:00 PM before Judge Gregory H. Woods. (Signed by Judge Gregory H. Woods on 4/13/2022) (tg) (Entered: 04/13/2022) |
| 04/18/2022 | 33 | JOINT LETTER addressed to Judge Gregory H. Woods from Brian S. Choi dated April 18, 2022 re: Initial Conference Joint Status Letter. Document filed by XP Controle Participacoes S.A., XP Investments US, LLC..(Choi, Brian) (Entered: 04/18/2022) |
| 04/18/2022 | 34 | PROPOSED CASE MANAGEMENT PLAN. Document filed by XP Controle Participacoes S.A., XP Investments US, LLC..(Choi, Brian) (Entered: 04/18/2022) |
| 04/19/2022 | 35 | ORDER: In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 18, 2022. Dkt. No. 30. The Court has received the parties' joint letter and proposed Case Management Plan via ECF, however the parties have not submitted the Case Management Plan by email as directed. The parties are directed to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 20, 2022. (Signed by Judge Gregory H. Woods on 4/19/2022) (rro) (Entered: 04/19/2022) |
| 04/25/2022 | 36 | ORDER: For the reasons stated on the record at the conference held on April 25, 2022, Defendants' request for leave to file a motion to dismiss is granted. The deadline for Defendant to file and serve its motion to dismiss is May 27, 2022. Plaintiff's opposition is due within twenty−one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition. In addition, for the reasons stated on the record, discovery is stayed pending resolution of Defendants' anticipated motion to dismiss. ( Motions due by 5/27/2022.) (Signed by Judge Gregory H. Woods on 4/25/2022) (rro) (Entered: 04/25/2022) |
| 04/25/2022 | | Minute Entry for proceedings held before Judge Gregory H. Woods: Telephone Conference held on 4/25/2022. (Court Reporter present) (wv) (Entered: 04/27/2022) |
| 05/17/2022 | 37 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/25/2022 before Judge Gregory H. Woods. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/7/2022. Redacted Transcript Deadline set for 6/17/2022. Release of Transcript Restriction set for 8/15/2022..(Moya, Goretti) (Entered: 05/17/2022) |
| 05/17/2022 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/25/22 has been filed by the court |

| | | |
|---|---|---|
| | | reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 05/17/2022) |
| 05/19/2022 | 39 | LETTER MOTION for Extension of Time to File *Motion to Dismiss* addressed to Judge Gregory H. Woods from Brian S. Choi dated May 19, 2022. Document filed by XP Controle Participacoes S.A., XP Investments US, LLC..(Choi, Brian) (Entered: 05/19/2022) |
| 05/20/2022 | 40 | ORDER granting 39 Letter Motion for Extension of Time to File. Application granted. The deadline for Defendant to file and serve its motion to dismiss is extended to June 10, 2022. Plaintiff's opposition is due within twenty–one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39. SO ORDERED. (Signed by Judge Gregory H. Woods on 5/20/2022) (vfr) (Entered: 05/20/2022) |
| 05/20/2022 | Ï | Set/Reset Deadlines: Motions due by 6/10/2022. (vfr) (Entered: 05/20/2022) |
| 05/31/2022 | 41 | PROPOSED STIPULATION AND ORDER. Document filed by XP Controle Participacoes S.A., XP Investments US, LLC..(Choi, Brian) (Entered: 05/31/2022) |
| 06/01/2022 | 42 | ORDER. The Court will hold a teleconference regarding the parties' proposed stipulation and order, Dkt. No. 41, on June 2, 2022 at 3:30 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID–19, which are available on the Court's website, for the dial–in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. (HEREBY ORDERED by Judge Gregory H. Woods) (Text Only Order) (wv) (Entered: 06/01/2022) |
| 06/02/2022 | Ï | Minute Entry for proceedings held before Judge Gregory H. Woods: Telephone Conference held on 6/2/2022. (Court Reporter present) (wv) (Entered: 06/03/2022) |
| 06/08/2022 | 43 | NOTICE OF APPEARANCE by Henry Parr on behalf of XP Controle Participacoes S.A., XP Investments US, LLC..(Parr, Henry) (Entered: 06/08/2022) |
| 06/10/2022 | 44 | MOTION to Dismiss . Document filed by XP Controle Participacoes S.A.. Responses due by 7/8/2022.(Choi, Brian) (Entered: 06/10/2022) |
| 06/10/2022 | 45 | MEMORANDUM OF LAW in Support re: 44 MOTION to Dismiss . . Document filed by XP Controle Participacoes S.A...(Choi, Brian) (Entered: 06/10/2022) |
| 06/10/2022 | 46 | DECLARATION of Brian S. Choi in Support re: 44 MOTION to Dismiss .. Document filed by XP Controle Participacoes S.A.. (Attachments: # 1 Exhibit A – First Amended Complaint, # 2 Exhibit B – Form U–5).(Choi, Brian) (Entered: 06/10/2022) |
| 06/23/2022 | 47 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDEREDTHAT UPON THE JOINT APPLICATION OF THE PARTIES: The First Cause of Action (breach of contract) in Plaintiff's First Amended Complaint is voluntarily dismissed swithout prejudice and without costs or fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); Based on the forum selection clause set forth in Paragraph 11 of Plaintiff's Employment Agreement, the Second Cause of Action (violation of NYCHRL) against XP US shall be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Florida; With respect to the Second Cause of Action (violation of the NYCHRL) and Third Cause of Action (aiding and abetting a violation of the NYCHRL) against XP Brazil, XP Brazil shall file a motion to dismiss in accordance with the briefing schedule entered on May 20, 2022 (ECF No. 40); XP US shall retain, and does not waive, all defenses, except with respect to venue/forum, following the transfer of this action to the Southern District of Florida; The Court hereby orders paragraphs 1 and 36 of this stipulation. However, as agreed on the record by |

the parties at the conference held on June 2, 2022, the Court declines to "so order" paragraph 2 of this stipulation. Instead, Plaintiff's Second Cause of Action (violation of the NYCHRL) against XP US is hereby severed from this case and transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Florida (the "SDFL"). The Clerk of Court is directed to transfer that severed claim to the SDFL without delay (Signed by Judge Gregory H. Woods on 6/23/2022) (rro) (Entered: 06/23/2022)